NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| M.B.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIKA SCOTT, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services, et al.,<br><br>　　　　Defendants. | Case No. 8:25-cv-00476-FWS-DFM<br><br>**ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [9]**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

///

///

///

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application [9] ("Stipulation"), and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **STAYED** from the date of this Order until **February 9, 2026**; and

2. If the above-captioned case has not been dismissed on or before February 9, 2026, the parties shall file a joint status report with the court on or before **February 16, 2026**.

Dated: April 23, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE